UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA C. JONES                                )<br>29872 I Lincoln Road                           )<br>Mechanicsville, MD 20659                       )<br>                                               )<br>               Plaintiff,             )<br>                                               )<br>   v.                                          )<br>                                               )<br>GEORGE W. BUSH,                                )<br>PRESIDENT OF THE UNITED STATES,                )<br>ALAN R. SWENDIMAN, DIRECTOR,                   )<br>EXECUTIVE OFFICE OF THE PRESIDENT,             )<br>1801 G Street, NW                              )<br>Washington, D.C.  20503                        )<br>                                               )<br>               Defendants.            )<br>_____) | Civil Action No. 07-2164 (RWR)<br>Electronic Case Filing |

-2-

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearances of Assistant United States Attorney **Marian L. Borum** and Assistant United States Attorney **Judith A. Kidwell**, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4810
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov


_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th St., N.W., Room E4905
Washington, D.C.  20530
(202) 514-7250 / (202) 514-8780 (fax)
Judith.a.kidwell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **15th** day of **January**, 2008 a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

LAURA C. JONES
29872 I Lincoln Road
Mechanicsville, MD 20659


/s/
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney