UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA C. JONES ) | |
| 29872 I Lincoln Road ) | |
| Mechanicsville, MD 20659 ) | |
| ) | |
|        Plaintiff, ) | |
| ) | |
|   v. ) | |
| ) | Civil Action No. 07-2164 (RWR) |
| GEORGE W. BUSH, ) | Electronic Case Filing |
| PRESIDENT OF THE UNITED STATES, ) | |
| ALAN R. SWENDIMAN, DIRECTOR, ) | |
| EXECUTIVE OFFICE OF THE PRESIDENT, ) | |
| 1801 G Street, NW ) | |
| Washington, D.C. 20503 ) | |
| ) | |
|        Defendants. ) | |
| _____) | |

-2-

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearances of Assistant United States Attorney **Marian L. Borum** and Assistant United States Attorney **Judith A. Kidwell**, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4810
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov


_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th St., N.W., Room E4905
Washington, D.C.  20530
(202) 514-7250 / (202) 514-8780 (fax)
Judith.a.kidwell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **15th** day of **January**, 2008 a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

LAURA C. JONES
29872 I Lincoln Road
Mechanicsville, MD 20659

                                        /s/
                        MARIAN L. BORUM, D.C. Bar #435409
                        Assistant United States Attorney