UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LAURA C. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2164 (RWR) |
| | ) | |
| GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES, AND ALAN R. SWENDIMAN, DIRECTOR, EXECUTIVE OFFICE OF THE PRESIDENT, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO FILE ANSWER OR OTHER RESPONSE**

Defendants, George W. Bush, President of the United States, and Alan R. Swendiman, Director, Executive Office of the President,[1] through their undersigned counsel, hereby respectfully request an enlargement of time, to and including March 21, 2008, within which to file their answers or other responses to the complaint filed herein. Defendants' answers or other responses are now due on February 8, 2008.

This is Defendants' first request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

There is good cause for this motion. This is an action brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. Title VII provides that a federal employee shall name as defendant in any civil action the head of the department, agency or unit involved in the alleged discrimination. *See* 42 U.S.C. § 2000e-16(c). Defendants'

---

[1] Defendants are being sued in their official capacities.

counsel has provided a copy of this statute to Plaintiff and is seeking Plaintiff's consent in regard to dismissing Defendant, George W. Bush, President of the United States, as an improper party to this suit.[2]

Moreover, additional time will be required by Defendants' counsel to obtain and review the records generated from the administrative proceedings in this case in order to properly respond to Plaintiff's complaint. Accordingly, Defendants are requesting an extension of time to and including March 21, 2008, to file their answers or other responses to Plaintiff's complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

                                              Respectfully submitted,

                                              /s/
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                              /s/
                                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                                              Assistant United States Attorney

                                              /s/
                                              MARIAN L. BORUM
                                              Assistant United States Attorney
                                              555 Fourth Street, N.W.- Civil Division
                                              Room E4810
                                              Washington, D.C. 20530
                                              (202) 514-6531
                                              Marian.L.Borum@usdoj.gov

---

[2] Because the Executive Office of the President ("EOP") is an agency, Defendants maintain that the Director of EOP, as head of the agency, is the proper defendant in this action.

        /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250
Judith.A.Kidwell @usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAURA C. JONES,<br><br>       Plaintiff,<br><br>    v.<br><br>GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES, AND ALAN R. SWENDIMAN, DIRECTOR, EXECUTIVE OFFICE OF THE PRESIDENT,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-2164 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION OF Defendants' Unopposed Motion for An Enlargement of Time to file their answers or other responses to Plaintiff's complaint, it is this _____ day of February, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including **March 21, 2008**, to file their answers or other responses to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

Copies To:

Counsel of record by ECF

LAURA C. JONES, Plaintiff *pro se*
29872 I Lincoln Road
Mechanicsville, MD 20659

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2008, true and correct copies of the foregoing Unopposed Motion for an Enlargement of Time to File Answer or Other Response and proposed Order were served by first class United States mail, postage prepaid and sent to:

LAURA C. JONES
29872 I Lincoln Road
Mechanicsville, MD 20659

                                 ____/s/_____
                                 JUDITH A. KIDWELL
                                 Assistant United States Attorney