UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA C. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES, AND ALAN R. SWENDIMAN, DIRECTOR, EXECUTIVE OFFICE OF THE PRESIDENT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-2164 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO FILE ANSWERS OR OTHER RESPONSES**

    Defendants, George W. Bush, President of the United States, and Alan R. Swendiman, Director, Executive Office of the President,[1] through their undersigned counsel, hereby respectfully request an enlargement of time, to and including April 2, 2008, within which to file their answers or other responses to the complaint filed herein. Defendants' answers or other responses are now due on March 21, 2008.

    This is Defendants' second request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

    There is good cause for this motion. This is an action brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*, and the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794. Plaintiff has named George W. Bush, President of the United States, as a party to this suit, and additional time is needed to coordinate Defendants'

---

[1] Defendants are being sued in their official capacities.

answers or other responses with White House counsel in this matter.

Accordingly, Defendants are requesting an extension of time to and including April 2, 2008, to file their answers or other responses to Plaintiff's complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
MARIAN L. BORUM
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4810
Washington, D.C. 20530
(202) 514-6531
Marian.L.Borum@usdoj.gov

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250
Judith.A.Kidwell @usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA C. JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, PRESIDENT OF )<br>THE UNITED STATES, AND ALAN R. )<br>SWENDIMAN, DIRECTOR, EXECUTIVE )<br>OFFICE OF THE PRESIDENT, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 07-2164 (RWR) |

## **ORDER**

UPON CONSIDERATION OF Defendants' Second Unopposed Motion for An Enlargement of Time to file their answers or other responses to Plaintiff's complaint, it is this _____ day of March, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including **April 2, 2008**, to file their answers or other responses to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

Copies To:

Counsel of record by ECF

LAURA C. JONES, Plaintiff *pro se*
29872 I Lincoln Road
Mechanicsville, MD 20659

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of March, 2008, true and correct copies of the foregoing Unopposed Second Motion for an Enlargement of Time to File Answers or Other Responses and proposed Order were served by first class United States mail, postage prepaid and sent to:

LAURA C. JONES
29872 I Lincoln Road
Mechanicsville, MD 20659

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney