UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
LAURA C. JONES,                                     )
                                                    )
              Plaintiff,                            )
                                                    )
       v.                                           )        Civil Action No. 07-2164 (RWR)
                                                    )
GEORGE W. BUSH, PRESIDENT OF                        )
THE UNITED STATES, AND ALAN R.                      )
SWENDIMAN, DIRECTOR, EXECUTIVE                      )
OFFICE OF THE PRESIDENT,                            )
                                                    )
              Defendants.                           )
_____            )

## DEFENDANTS' THIRD UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANSWERS OR OTHER RESPONSES

Defendants, George W. Bush, President of the United States, and Alan R. Swendiman, Director, Executive Office of the President,[1] through their undersigned counsel, hereby respectfully request an enlargement of time, to and including April 30, 2008, within which to file their answers or other responses to the complaint filed herein. Defendants' answers or other responses are now due on April 2, 2008.

This is Defendants' third request for an enlargement of time for this purpose. Plaintiff does not oppose this motion and is seeking counsel to represent her in this matter.

There is good cause for this motion. Plaintiff has named George W. Bush, President of the United States, as a party to this suit, and additional time is needed to coordinate Defendants' answers or other responses with White House counsel in this matter. In addition, Plaintiff has advised the undersigned attorneys that she is seeking counsel to represent her in this matter. If

_____

[1] Defendants are being sued in their official capacities.

counsel is retained, the parties may be able to consent to dismissing the other named defendants

in this action, leaving Alan R. Swendiman, Director of the Office of Administration, Executive

Office of the President, as the proper defendant in this case.

Accordingly, Defendants are requesting an extension of time to and including April 30,

2008, to file their  answers or other responses to Plaintiff's complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an

enlargement of time be granted.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
MARIAN L. BORUM
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4810
Washington, D.C. 20530
(202) 514-6531
Marian.L.Borum@usdoj.gov

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250
Judith.A.Kidwell @usdoj.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA C. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-2164 (RWR) |
| | ) |
| GEORGE W. BUSH, PRESIDENT OF | ) |
| THE UNITED STATES, AND ALAN R. | ) |
| SWENDIMAN, DIRECTOR, EXECUTIVE | ) |
| OFFICE OF THE PRESIDENT, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION OF Defendants' Second Unopposed Motion for An

Enlargement of Time to file their answers or other responses to Plaintiff's complaint, it is this

_____ day of April, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including **April 30, 2008**,

to file their answers or other responses to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

Copies To:

Counsel of record by ECF

LAURA C. JONES, Plaintiff *pro se*
29872 I Lincoln Road
Mechanicsville, MD 20659

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 1st day of April, 2008, true and correct copies of the

foregoing Unopposed Third Motion for an Enlargement of Time to File Answers or Other

Responses and proposed Order were served by first class United States mail, postage prepaid and

sent to:

> LAURA C. JONES
> 29872 I Lincoln Road
> Mechanicsville, MD 20659

> _____/s/_____
> JUDITH A. KIDWELL
> Assistant United States Attorney