UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LAURA C. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2164 (RWR) |
| | ) | |
| GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES, AND ALAN R. SWENDIMAN, DIRECTOR, EXECUTIVE OFFICE OF THE PRESIDENT, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR AN
### ENLARGEMENT OF TIME TO FILE ANSWERS OR OTHER RESPONSES

Defendants, George W. Bush, President of the United States, and Alan R. Swendiman, Director, Executive Office of the President,[1] through their undersigned counsel, hereby respectfully request an enlargement of time of two weeks, until and including May 14, 2008, within which to file their answers or other responses to the complaint filed herein. Defendants' answers or other responses are now due on April 30, 2008.

There is good cause for this motion. Plaintiff has named George W. Bush, President of the United States, as a party to this suit, and additional time is needed to coordinate Defendants' answers or other responses with the White House Counsel's Office and the Executive Office of the President in this matter. In addition, Plaintiff had previously advised the undersigned attorneys that she is seeking counsel to represent her in this matter. If counsel is retained, the parties may be able to consent to dismissing the other named defendants in this action, leaving

---

[1] Defendants are being sued in their official capacities.

Alan R. Swendiman, Director of the Office of Administration, Executive Office of the President, as the proper defendant in this case.

Pursuant to Local Rule 7(m), defendants' counsel attempted to contact plaintiff *pro se* by telephone to ascertain her position on this motion.  However, plaintiff did not return counsel's telephone calls despite two messages requesting her position on this motion.  For these reasons, and to ensure that Defendants have sufficient time to prepare a response, Defendants respectfully requests that this enlargement of time be granted.

        Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4810
Washington, D.C. 20530
(202) 514-6531
Marian.L.Borum@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA C. JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, PRESIDENT OF )<br>THE UNITED STATES, AND ALAN R. )<br>SWENDIMAN, DIRECTOR, EXECUTIVE )<br>OFFICE OF THE PRESIDENT, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-2164 (RWR) |

## ORDER

UPON CONSIDERATION OF Defendants' Motion for An Enlargement of Time to file their answers or other responses to plaintiff's complaint, it is this _____ day of

_____, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including May 14, 2008, to file their answers or other responses to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

Copies To:

Counsel of record by ECF

LAURA C. JONES, Plaintiff *pro se*
29872 I Lincoln Road
Mechanicsville, MD 20659

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 30th day of April, 2008, true and correct copies of this Motion for an Enlargement of Time to File Answers or Other Responses and proposed Order were served by first class United States mail, postage prepaid and sent to:

    LAURA C. JONES
    29872 I Lincoln Road
    Mechanicsville, MD 20659

                               /s/_____
                               JUDITH A. KIDWELL
                               Assistant United States Attorney