IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA C. JONES ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2164 ( RWR ) |
| ) | |
| GEORGE W. BUSH, JR. PRESIDENT ) | |
| OF THE UNITED STATES, ) | |
| OFFICIALLY AND INDIVIDUALLY ) | |
|     Defendant ) | |

## ORDER

### Motion for 45 day Stay of Proceedings

Now Comes, Laura C. Jones (prose), Plaintiff in the above-entitled action, and files an **Motion for 45 Day Stay of Proceedings to Obtain Counsel**. In support thereof, Plaintiff states the following:

1. Plaintiff is a pro se litigant. Plaintiff has conferred with opposing counsel pursuant to the applicable rules of procedure. Plaintiff represents that counsel for Defendant has no objection to this Motion being granted for the reasons stated.

2. This motion is not filed for the purposes of delay, but for the reasons stated.

Wherefore, Plaintiff requests that this court sign the attached Proposed Order for a 45 day stay of these proceedings to obtain Counsel.

RECEIVED
JUN 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **19th day of June 2008**, a copy of the foregoing Plaintiffs' Motion for 45 day Stay of Proceedings To Obtain Counsel was filed with the U.S. District Court and mailed, faxed, and e-mailed to named defendant.

**Copie (s) to**:


JEFFREY A. TAYLOR, D.C. BAR # 498610

United States Attorney


RUDOLPH CONTRERAS, D.C. BAR # 434122

United States Attorney


MARIAN L. BORUM

Assistant United States Attorney

555 Fourth Street, N.W. – Civil Division

Room E4810

Washington, D.C. 20530

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAURA C. JONES | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 07-2164 ( RWR ) |
| | ) | |
| GEORGE W. BUSH, JR. PRESIDENT | ) | |
| OF THE UNITED STATES, | ) | |
| OFFICIALLY AND INDIVIDUALLY | ) | |
|     Defendant | ) | |

## ORDER

1.  This cause was brought before the Court on Plaintiff's Motion for a stay of 45 days in order to retain counsel

2.  The pleadings demonstrate that defendant has no objection to this Motion being granted.

It is hereby ORDERED AND ADJUDGED, that Plaintiff's Motion is hereby GRANTED. This matter will be stayed for 45 days from the date of this Order so that Plaintiff may retain counsel.

Ordered this 19th day of June, 2008, in chambers.

Signed /s/ *signature*

June 20, 2008