# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA C. JONES | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) Civil Action No. 07-2164 ( RWR ) |
| | ) |
| GEORGE W. BUSH, JR. PRESIDENT | ) |
| OF THE UNITED STATES, | ) |
| OFFICIALLY AND INDIVIDUALLY | ) |
| DEFENDANT | ) |

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

Plaintiff, Laura C. Jones, is requesting an extension of forty five days from the current deadline of August 11, 2008 in order to continue to seek Counsel.

Signed _[signature: Laura C. Jones]_
_Laura C. Jones_

**RECEIVED**
AUG 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August 2008, copy of the foregoing Plaintiffs' Motion for 45 day Stay of Proceedings To Obtain Counsel was filed with the U.S. District Court and mailed, faxed, and e-mailed to named defendant.

**Copie (s) to:**

JEFFREY A. TAYLOR, D.C. BAR # 498610

United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122

United States Attorney

MARIAN L. BORUM

Assistant United States Attorney

555 Fourth Street, N.W. – Civil Division

Room E4810

Washington, D.C. 20530

*/s/ Laura C. Jou*